IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EFRAIN GONZALEZ-SALGADO AND ESTELA JUDITH GONZALEZ | Criminal Action No.<br><br>1:23-cr-160-ELR-CMS |

**Bill of Particulars**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Norman L. Barnett, Assistant United States Attorney for the Northern District of Georgia, hereby files this Bill of Particulars to add the following property to the forfeiture provision of the above-captioned Indictment:

A. CURRENCY:

   i. $4,494.00 USD in United States currency seized on or about May 15, 2023 at 243 Valley View, Peachtree City, Georgia 30269.

   ii. $1,970.66 MXN in Mexican currency seized on or about May 15, 2023 at 243 Valley View, Peachtree City, Georgia 30269.

   iii. $5,289.00 USD in United States currency seized on or about May 15, 2023 at 805 Floy Farr Parkway, Suite C, Fayetteville, Georgia 30214.

   iv. $379.00 USD in United States currency seized on or about May 15, 2023 at 7860B Ella Lane, Fairburn, Georgia 30213.

B. ELECTRONIC DEVICES:

    i. One Apple iPad A2377, SN: VD7QPFQJ5Q, seized on or about May 15, 2023 at 243 Valley View, Peachtree City, Georgia 30269.

    ii. One Sony Cybershot Digital Camera, SN: 1028883, seized on or about May 15, 2023 at 243 Valley View, Peachtree City, Georgia 30269.

    iii. One Sony DSC-W530 Cybershot Digital Camera, SN: 8544722, seized on or about May 15, 2023 at 243 Valley View, Peachtree City, Georgia 30269.

    iv. One Lorix Cellphone seized on or about May 15, 2023 at 243 Valley View, Peachtree City, Georgia 30269.

    v. One Samsung Cellphone, IMEI: 359272100865593, seized on or about May 15, 2023 at 243 Valley View, Peachtree City, Georgia 30269.

    vi. One Black Samsung Cellphone IMEI: 350779533576083, seized on or about May 15, 2023 at 243 Valley View, Peachtree City, Georgia 30269.

    vii. One Apple iPhone 14 Pro seized on or about May 15, 2023 at 243 Valley View, Peachtree City, Georgia 30269.

    viii. One Lenovo Laptop, SN: PF4364F8, seized on or about May 15, 2023 at 7860B Ella Lane, Fairburn, Georgia 30213.

ix. One Samsung Tablet, IMEI: 3573821000580486, seized on or about May 15, 2023 at 7860B Ella Lane, Fairburn, Georgia 30213.

x. One Dolby Tablet seized on or about May 15, 2023 at 7860B Ella Lane, Fairburn, Georgia 30213.

xi. One Samsung Cellphone, IMEI: 357816330766310, seized on or about May 15, 2023 at 7860B Ella Lane, Fairburn, Georgia 30213.

xii. One iPhone 14 Pro seized on or about May 15, 2023 at 7860B Ella Lane, Fairburn, Georgia 30213.

xiii. One LG Tablet seized on or about May 15, 2023 at 7860B Ella Lane, Fairburn, Georgia 30213.

Respectfully submitted,
Ryan K. Buchanan
   *United States Attorney*

/s/ Norman L. Barnett
Norman L. Barnett
   *Assistant United States Attorney*
Georgia Bar No. 153292
Norman.barnett@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

October 3, 2023

/s/ NORMAN L. BARNETT

NORMAN L. BARNETT

Assistant United States Attorney